1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 REX D. GARNER, ESQ.
Nevada Bar No. 9401
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone:  (702) 634-5000
5 Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
6 Email:  rex.garner@akerman.com

7 *Attorneys for HSBC Bank USA, N.A..*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL 1 INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8,<br><br>            Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DESERT GREENS HOMEOWNERS ASSOCIATION,<br><br>            Defendant. | Case No.:  2:17-cv-00259-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISCLAIMER OF INTEREST AND DISMISSAL AS TO HSBC BANK USA, N.A.** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>            Counter/Cross Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL 1 INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8; HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES; PRESTON C. ROBINSON, an individual; CATHY ROBINSON, an individual,<br><br>            Counter/Cross Defendants. | |

Defendants HSBC Bank, USA, National Association, as Trustee for the Certificate Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates (**HSBC**) and SFR Investments Pool 1, LLC (**SFR**) stipulate as follows:

1. This lawsuit relates to property commonly known as 5252 Crooked Valley Drive, Las Vegas, Nevada (**the Property**).

2. HSBC is the record beneficiary of a Deed of Trust recorded against the Property as Clark County Instrument No. 20060808-0003852, which lists Gerald Butler as the borrower.

3. HSBC (along with any of its successors and assigns to the Deed of Trust) disclaims any interest, claim, or estate in the Property and any interest in the Deed of Trust.[1]

4. Based on this disclaimer, SFR dismisses its claims against HSBC with prejudice from this action.

5. SFR and HSBC will bear their own attorneys' fees and costs associated with this dismissal.

| | |
|---|---|
| DATED: May 11, 2020. | DATED: May 11, 2020. |
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Rex D. Garner* | */s/ Jacqueline A. Gilbert* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Defendant HSBC Bank USA, N.A.* | *Attorneys for Plaintiff SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that in light of the above, SFR Investments Pool 1, LLC's ("SFR") Motion for Default Judgment against HSBC Bank USA, N.A. ("HSBC"), (ECF No. 65), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Report and Recommendation, (ECF No. 73), addressing SFR's Motion for Default Judgment against HSBC, is **REJECTED as moot**.

**DATED** this __18__ day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

---

[1] This disclaimer is not intended to and shall not be interpreted as a waiver of the underlying debt or affect any of HSBC's rights thereunder to collect on the note, other than as expressed in the disclaimer.