WRIGHT, FINLAY & ZAK, LLP
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DESERT GREENS HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.:  2:17-cv-00259-GMN-NJK<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8 ("Plaintiff"), by and through its attorneys of record, Michael S. Kelley, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq. ("Previous Attorney") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Michael S. Kelley, Esq. Subsequent filings have been made and Previous Attorney is receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorney receive notice of the ongoing proceedings.

1 | Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq. be removed
2 | from the Service List in this matter.
3 | DATED this 27th day of May, 2020.

WRIGHT, FINLAY & ZAK, LLP

 /s/ Michael S. Kelley_____
 Michael S. Kelley, Esq.
 Nevada Bar No. 10101
 7785 W. Sahara Ave., Suite 200
 Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8*

IT IS SO ORDERED.
Dated:  May 28, 2020
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge