```
 1  WRIGHT, FINLAY & ZAK, LLP
    Michael S. Kelley, Esq.
 2  Nevada Bar No. 10101
    7785 W. Sahara Ave., Suite 200
 3  Las Vegas, Nevada 89117
    (702) 475-7964; Fax: (702) 946-1345
 4  dnitz@wrightlegal.net
 5  mkelley@wrightlegal.net
```

*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DESERT GREENS HOMEOWNERS ASSOCIATION,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00259-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Counter/Cross Claimant,<br><br>　vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTFICIATE HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS THROUGH CERTIFICATES; PRESTON C. ROBINSON, an individual; CATHY | |

ROBINSON, an individual,

        Counter/Cross Defendants.

Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8, Defendant/Counter-claimant, SFR Investments Pool 1, LLC, and Defendant, Desert Greens Homeowners Association, by and through their undersigned attorneys, hereby stipulate to dismiss this matter and all claims with prejudice, each party shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley*
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8*

KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorney for Defendant/Counter-Claimant/Cross-Claimant, SFR Investments Pool 1, LLC*

LEACH KERN GRUCHOW ANDERSON SONG

*/s/ Ryan W. Reed*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan W. Reed., Esq.
Nevada Bar No. 11695
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant, Desert Greens Homeowners Association*

## ORDER

Based upon the foregoing Stipulation by and between the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-referenced matter, including all remaining claims for relief thereto, by and between all Parties, are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that all currently pending motions are **DENIED as moot**. The Clerk of Court is directed to close this case.

**DATED** this __16__ day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT